IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:18-00308-JB-B |
| | ) | |
| KEISHA WEST a/k/a TREECE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 549) and without any objection having been fled by the parties, Defendant's plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for January 21, 2020 at 10:00 a.m.in Courtroom 4A.

**DONE and ORDERED** this 13th day of November, 2019.

/s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE